1  SANDRA R. BROWN
   Acting United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   MICHAEL G. FREEDMAN (Cal. Bar No. 281279)
4  Assistant United States Attorney
   General Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0631
7       Facsimile: (213) 894-0141
        E-mail:    michael.freedman@usdoj.gov
8

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

May 12, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-201-SJO |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER UNSEALING SEARCH WARRANTS AND SUPPORTING AFFIDAVITS |
| GARY RESNIK, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application to unseal previously sealed documents is GRANTED.  The search warrants, supporting applications and affidavits, and contemporaneously filed sealing documents listed below are hereby unsealed for purposes of production to defendants by the government in this case.

//

//

//

//

//

1

Case 2:16-mj-00195-DUTY   Document 6   Filed 05/12/17   Page 2 of 3   Page ID #:92

| CASE NUMBER | TYPE OF DOCUMENT | JUDGE | DATE FILED |
|---|---|---|---|
| 15-1192M | Search Warrant | Hon. Alka Sagar | June 23, 2015 |
| 15-1193M | Search Warrant | Hon. Alka Sagar | June 23, 2015 |
| 15-1194M | Search Warrant | Hon. Alka Sagar | June 23, 2015 |
| 15-1320M | Search Warrant | Hon. John E. McDermott | June 15, 2015 |
| 15-1777M | GPS Warrant | Hon. Rozella Oliver | September 25, 2015 |
| 15-2088M | Tracking Device Warrant | Hon. Andrew J. Wistrich | October 30, 2015 |
| 15-2089M | Tracking Device Warrant | Hon. Andrew J. Wistrich | October 30, 2015 |
| 15-2138M | GPS Warrant | Hon. Alicia G. Rosenberg | November 4, 2015 |
| 16-0018M | Tracking Device Warrant | Hon. Andrew J. Wistrich | January 7, 2016 |
| 16-0019M | Tracking Device Warrant | Hon. Andrew J. Wistrich | January 7, 2016 |
| 16-0195M | Search Warrant | Hon. Suzanne H. Segal | January 28, 2016 |
| 16-0261M | Tracking Device Warrant | Hon. Frederick F. Mumm | February 9, 2016 |
| 16-0367M | Tracking Device Warrant | Hon. Charles F. Eick | February 22, 2016 |
| 16-0368M | Tracking Device Warrant | Hon. Charles F. Eick | February 22, 2016 |

| | | | |
|---|---|---|---|
| 16-0495M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-0496M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-0497M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-0498M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-00499M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-0500M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-0514M | Search Warrant | Hon. Gail Standish | March 10, 2016 |
| 16-1191M | Search Warrant | Hon. Charles F. Eick | June 9, 2016 |
| 16-1192M | Search Warrant | Hon. Charles F. Eick | June 9, 2016 |
| SA 15-193M | Tracking Device Warrant | Hon. Douglas F. McCormick | April 13, 2015 |
| SA 15-247 | GPS Warrant | Hon. Jay C. Gandhi | May 8, 2015 |

Dated: May 12, 2017

*S. James Otero*
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
MICHAEL G. FREEDMAN
Assistant United States Attorney

3